1 JOSEPH SCHLESINGER, Bar #87692
  Acting Federal Defender
2 FRANCINE ZEPEDA, Bar #91175
  Assistant Federal Defender
3 Branch Chief, Fresno Office
  2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226

5 Telephone: (559) 487-5561

FILED

MAY 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Rec'd in crt 5/23/13

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

UNITED STATES OF AMERICA,           )   1:13-CR-00214
                                    )
         Plaintiff,                 )   **APPLICATION AND ORDER**
                                    )   **APPOINTING COUNSEL**
    v.                              )
                                    )
PEDRO TELLEZ,                       )
                                    )
         Defendant.                 )
_____)

The defendant, Pedro Tellez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

The defendant submits the attached financial affidavit as evidence of his inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that they have received a report from the Department of State, which indicates that Mr. Tellez has violated 18 U.S.C. § 1028(a)(4), Possession of False Identification Document with Intent to Defraud the Government. Therefore, it is requested that counsel be appointed.

After reviewing Mr. Tellez's Financial Affidavit, it is respectfully recommended that the Federal Defender be appointed.

Dated: April 17, 2013

_____
FRANCINE ZEPEDA
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: April 18, 2013

_____
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge