1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDRAS FARKAS, CA Bar # 254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5
6  Attorneys for Defendant
   PEDRO TELLEZ
7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No.  1:13-cr-00214 GSA
                                       )
11                 Plaintiff,          )  STIPULATION AND ORDER TO
                                       )  TERMINATE INFORMAL
12  vs.                                )  PROBATION IN MISDEMEANOR CASE
                                       )
13  PEDRO TELLEZ                       )
                                       )  Judge:  Hon.  Stanley A. Boone
14                 Defendant.          )
                                       )
15  _____   )

16        IT IS HEREBY STIPULATED by and between the parties hereto, through their

17  respective counsel, ELLIOTT MONTGOMERY, Special Assistant United States Attorney,

18  counsel for plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, counsel for

19  defendant, PEDRO TELLEZ, that the term of unsupervised probation imposed at sentencing by

20  the court in this matter, may now be terminated as Mr. Tellez has satisfied all conditions of

21  probation.

22        Mr. Tellez was sentenced by this court on May 23, 2013 to a $1,500.00 fine and $25.00

23  in penalty assessments, and was also placed on a 12-month unsupervised probation.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

| | |
|---|---|
| 1 | The parties stipulate that Mr. Tellez has completed all his sentencing obligations—paid |
| 2 | his fine/penalty assessment and has obeyed all laws, therefore the parties request termination of |
| 3 | Mr. Tellez's probation at this time. |
| 4 | |
| 5 | Respectfully submitted, |
| 6 | BENJAMIN B. WAGNER<br>United States Attorney |
| 7 | DATED: March 6, 2014        /s/ Elliott Montgomery |
| 8 | ELLIOTT MONTGOMERY<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| 9 | |
| 10 | |
| 11 | HEATHER E. WILLIAMS<br>Federal Defender |
| 12 | DATED: March 6, 2014        /s/ Andras Farkas |
| 13 | ANDRAS FARKAS<br>Assistant Federal Defender |
| 14 | Attorney for Defendant<br>PEDRO TELLEZ |
| 15 | |
| 16 | Pursuant to the stipulation of the parties, the Court has considered the factors under 18 |
| 17 | U.S.C. § 3553(a) and finds good cause to terminate early the Defendant's probationary term |
| 18 | pursuant to 18 U.S.C. § 3564(c) and hereby discharges the Defendant from his probationary |
| 19 | term. |
| 20 | |
| 21 | |
| 22 | |
| 23 | IT IS SO ORDERED. |
| 24 | Dated:  **March 6, 2014** |
| 25 | UNITED STATES MAGISTRATE JUDGE |
| 26 | |
| 27 | |
| 28 | |